MARTIN SIEGELSTEIN, Respondent, *v.* SECOND AVENUE BATHS CORPORATION, Appellant.

(Submitted December 5, 1929; decided January 7, 1930.)

*Ralph Nathan* for appellant.

*Gustave B. Garfield* and *Maurice V. Seligson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.